AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Seymour Lazar

v.

John Seely Brown, et al



**JUDGMENT IN A CIVIL CASE**

Case Number: 96 C 1504

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to ~~trial or~~ hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the defendants' motion for summary judgment is granted.

Michael W. Dobbins, Clerk of Court

Date: 12/6/2000

Wanda Parker, Deputy Clerk